IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Scott Hackworth, | : |
| | : Case No. 2:18-CV-1521 |
| Plaintiffs, | : |
| | : CHIEF JUDGE ALGENON L. MARBLEY |
| v. | : |
| | : Magistrate Judge Jolson |
| Deputy M. Wiener, and | : |
| Major Turner, | : |
| Defendants. | : |

## ORDER

This matter comes before the Court on Magistrate Judge Jolson's May 6, 2020 **Report and Recommendation** (ECF No. 28). In that report, Judge Jolson recommended that Defendant Major Turner's Motion for Summary Judgment (ECF No. 21) be granted and that Deputy Wiener be dismissed for lack of service.

The Report and Recommendation specifically advised Plaintiff that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (ECF No. 28 at 8). Plaintiff Scott Hackworth failed to file any objections, and the deadline for objections (May 20, 2020) has lapsed.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. Defendant Turner's Motion for Summary Judgment is **GRANTED**. The case is dismissed against Deputy Wiener for lack of service. This case is **DISMISSED**. The clerk is directed to enter Judgement in favor Defendant Turner.

IT IS SO ORDERED.

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

DATED: September 28, 2020